

NUMBER 13-13-00060-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

EUGENIO CANTU AND
ELISABEL CANTU,                                                    Appellants,

v.

STATE FARM LLOYDS
AND SERVICEMASTER
QUALITY RESTORATION,                                              Appellees.

---

### On appeal from the 404th District Court
### of Cameron County, Texas.

---

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Benavides and Longoria
### Memorandum Opinion Per Curiam

This matter is before the Court on a defective notice of appeal and appellants'

failure to correct the defects.   On January 29, 2013, the Court advised appellants that the

notice of appeal was not in compliance with Texas Rule of Appellate Procedure 25.1(d),(5), that it contained the incorrect trial court cause number, and requested correction of these defects within thirty days. *See* Tex. R. App. P. 25.1(d)(5), 37.1, 42.3(b),(c).

On March 27, 2013, the Court again advised appellant that the notice of appeal contained an incorrect trial court number, was not in compliance with Texas Rule of Appellate Procedure 25.1(d)(5), and informed appellants that the appeal would be dismissed if the defects were not cured after the expiration of ten days from the date of receipt of the Court's notice. Appellants have failed to correct the defects or otherwise respond to the Court's notices.

On March 12, 2013, the Clerk of the Court notified appellants that they were delinquent in remitting a $175.00 filing fee. The Clerk of this Court notified appellants that the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of receipt of this letter. *See id.* 42.3(b),(c). Appellants have failed to pay the filing fee.

On its own motion, with ten days notice to the parties, an appellate court may dismiss a civil appeal for want of prosecution or failure to comply with a notice from the clerk requiring a response or other action within a specified time. *See* Tex. R. App. P. 42.3(b),(c). Accordingly, we DISMISS the appeal FOR WANT OF PROSECUTION and failure to comply with notices from the Court. *See id.*

PER CURIAM

Delivered and filed the
23rd day of May, 2013.

2